**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONNIE REED, | ) | CASE NO.  4:10CV0012 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OF OPINION |
| | ) | AND ORDER |
| BETTY H. JAGNOW, et al, | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

On March 4, 2010, this Court dismissed Plaintiff *pro se* Donnie Reed's Complaint on the grounds that he failed to state a cause of action under the First and Fourteenth Amendments and 42 U.S.C. §§ 1983, 1985. This matter is now before the Court upon the Plaintiff's Motion to Vacate Order Requesting Payment of Court Cost. (ECF 8).

A filing fee is required to cover the costs of opening and docketing a case. In addition, it serves to control the filing of frivolous actions. *Capograsso v. State Farm Ins. Co.*, 2009 WL 2580432 * 1 (D. N. J., Aug. 18, 2009). A plaintiff is not guaranteed a trial just because a filing fee is paid. He cannot receive a refund because he was unsuccessful.

Accordingly, Plaintiff's Motion to Vacate Order Requesting Payment of Court Cost is denied.

**IT IS SO ORDERED**.

Dated: September 8, 2010

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**